Michael C. Ormsby
United States Attorney
Eastern District of Washington
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Karla G. Perrin
Special Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
(509) 454-4425
Thomas Franzinger
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 15-CR-6048-SMJ-1 |
| Plaintiff, | ) | |
| | ) | United States′ Notice of Review |
| v. | ) | of Presentence Investigation |
| | ) | Report and Sentencing |
| RICHARD ESTES, | ) | Memorandum |
| | ) | |
| Defendant. | ) | |

        Plaintiff, the United States of America, by and through Michael C. Ormsby,

United States Attorney for the Eastern District of Washington, Scott T. Jones,

Assistant United States Attorney for the Eastern District of Washington, Karla

Perrin, Special Assistant United States Attorney for the Eastern District of

Washington, and Thomas Franzinger, Department of Justice Trial Attorney,

submits the following Notice of Review of Presentence Investigation Report (hereinafter PSR) and Sentencing Memorandum.

## INTRODUCTION

The Defendant pled guilty to the sole count of the Information, charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Sentencing is scheduled for November 18, 2016.

The United States has reviewed the PSR and has determined, based upon information that is presently available, that the PSR is factually complete and accurate.

## OFFENSE CONDUCT

Because the PSR describes the offense conduct in detail, the Government does not include a full recitation of the facts here. It is important to note, however, that the Defendant was a necessary member of a conspiracy that defrauded the Government and others of tens of millions of dollars. He personally made tens of thousands of dollars from the scheme – money stolen from the taxpayers and other innocent parties. He acted purely out of greed, choosing to participate in the scheme because he was "promised bags full of money." (PSR at paragraph 126). He tried to conceal his crime, forging emails to an auditor and taking a hammer to computer hard drives used to commit the offense, (PSR at paragraphs 121 and 123), and later lying to investigators.

## PERSONAL CHARACTERISTICS

The PSR details the Defendant's personal characteristics, based almost entirely on the Defendant's statements. But for the included medical records, the Court should believe none of it. One entire subsection is a lie. The Defendant, in a clear attempt to present a more sympathetic image to the Court than reality supports, told the Probation Officer that he served on active duty in the Air Force from 1957 to 1968, flying fighter/bombers and fighters during overseas

deployments to the Philippines and "Southeast Asia" before being discharged as a Captain. (PSR at paragraph 228). Though the PSR does not say that the Defendant explicitly claimed to be a combat veteran, his claim of serving in Southeast Asia at the height of the Vietnam war was clearly intended to do just that. The reality is far less honorable. After signing a six-year enlistment with the Air National Guard, the Defendant applied for an early discharge after serving only one year, four months, and fifteen days of weekend duty as a clerk. (Attachment 1 at pages 3-9). He was discharged as an Airman Third Class, and did not receive a DD-214, the standard discharge document, because he "had no active service or less than 90 consecutive days of active duty for training." (Attachment 1 at page 1).

The Defendant's lies to the Probation Officer, and therefore the Court, were only the latest example of his character and penchant for falsehoods. He is a forger. (PSR at paragraph 190). In an attempt to exculpate himself and obstruct the investigation, he met with investigating agents and, over the course of several hours, repeatedly denied knowing the operations of Gen-X and the companies that he personally operated were fraudulent. The Court should assign no credibility to anything he has said or to any allocution he provides at sentencing.

## A. USSG Calculations

The United States recommends the following USSG calculations and sentence:

- The base offense level should be 8, <u>see</u> USSG §2S1.1(a)(2).        (8)
- The total loss amount was more than $25,000,000, <u>see</u> USSG §2B1.1(b)(1)(L).                    (+22)
- The Defendant convicted under 18 U.S.C. § 1956, <u>see</u> USSG §2S1.1(b)(2)(B).                    (+2)
- The scheme involved sophisticated laundering, <u>see</u> USSG §2S1.1(b)(3).                    (+2)

- The Defendant obstructed justice, <u>see</u> USSG §3C1.1.        (+2)
- The Defendant accepted responsibility, <u>see</u> USSG
  § 3E1.1(a).                                                    <u>(-3)</u>
- Total adjusted offense level:                                   33

Defendant has 4 criminal history points, establishing a criminal history category of III. Based upon Defendant's total adjusted offense level of 33 and a criminal history category of III, Defendant's sentencing guideline range is 168-210 months.

**B.     Government's Sentencing Recommendation**

1. <u>Custody and Supervised Release</u>

Pursuant to the plea agreement, the United States recommends a sentence of 120 months in custody, no fine, a three (3)-year term of supervised release.

2. <u>Special Penalty Assessment</u>

A special penalty assessment of $100 is required.

3. <u>Forfeiture and Restitution</u>

The Government recommends that the Defendant be required to pay restitution of $4,360,724.50 to the U.S. Treasury and no less than $42,000,000 to any purchasers of fraudulent RINs created by the conspiracy. Finally, the Government recommends the Court enter a forfeiture money judgment in the

amount of $1,000,000, with any recovered amount to be deducted from the Defendant's restitutionary obligations.

DATED October 28, 2016.

Michael C. Ormsby
United States Attorney

*s/Scott T. Jones*
Scott T. Jones
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/Scott T. Jones*
Scott T. Jones
Assistant United States Attorney