# Addendum to United States' Sentencing Memorandum

7



NATIONAL PERSONNEL RECORDS CENTER
1 ARCHIVES DRIVE   ST LOUIS, MO 63138-1002
www.archives.gov

NATIONAL ARCHIVES

June 22, 2016

ERIC GOETZ
EPA-CID
1200 6TH AVE CID-073
SEATTLE, WA 98101

RE:  Veteran's Name: ESTES, Richard K
    SSN/SN: ******177
    Request Number: 2-19623323598

Dear Recipient:

Thank you for contacting the National Personnel Records Center. We are pleased to respond to your request for Separation Documents and Medical Records by providing the enclosed document(s). We regret some of the photocopies are of poor quality; however, they are the best that we can obtain.

A DD Form 214, **Report of Separation**, was not issued because the veteran had no active service or less than 90 consecutive days of active duty for training. The enclosed documents show verification of reserve service.

National Guard records are normally maintained by the military service or the Adjutant General's Office in the state in which service was performed. Occasionally, portions of these records are transferred to our Center for permanent storage, and we have located such a record in our holdings. A thorough search of that record revealed documents partially responsive to your request and those documents are enclosed. We suggest that you contact the appropriate office listed below for further assistance in locating the desired records.

| ARMY NATIONAL GUARD | CONTACT |
|---|---|
| All | The Adjutant General (of the appropriate state, DC, or Puerto Rico) This website lists Adjutant General contact information: http://www.nationalguard.mil/Resources/StateWebsites.aspx |
| **AIR NATIONAL GUARD** | **CONTACT** |
| National Guard records for service not listed below. | The Adjutant General (of the appropriate state, DC, or Puerto Rico) This website lists Adjutant General contact information: http://www.nationalguard.mil/Resources/StateWebsites.aspx |

8

| National Guard members currently on active duty in the Air Force | Air Force Personnel Center<br>HQ AFPC/DPSIRP<br>550 C Street W<br>JBSA-Randolph AFB, TX 78150 |
|---|---|
| Current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | Air Reserve Personnel Center<br>18420 E Silver Creek Ave., Bldg 390 MS 68<br>Buckley AFB, CO 80011 |

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

*(signature)*
JIMMIE MCWHIRT
Archives Technician (AFN-MC4B)

**We Value Our Veterans' Privacy**
*Let us know if we have failed to protect it.*

Enclosure(s)

**DEPARTMENTS OF THE ARMY AND THE AIR FORCE**
**NATIONAL GUARD BUREAU**

REPORT OF SEPARATION AND RECORD OF SERVICE IN THE AIR NATIONAL GUARD OF COLORADO
AND AS A RESERVE OF THE ~~XXXXXXXXXXXXXXXX~~

TYPE OF DISCHARGE
*(No erasures or alterations in this entry valid)*

| 1. NAME (Last, first, middle initial) | 2. SERVICE NO | 3. GRADE | 4. ARM OR SERVICE | 5. TERM OF ENLISTMENT |
|---|---|---|---|---|
| ESTES, Richard K. | AF26258287 | A/3C | USAF - ANG | 3 years |

| 6. ORGANIZATION 140th ABRON | 7. DATE OF DISCHARGE | 8. PLACE OF DISCHARGE |
|---|---|---|
| HOME STATION Buckley Fld, Colo. | 11 Apr 59 | Buckley Fld, Colo. |

| 9. PERMANENT ADDRESS FOR MAILING PURPOSES | 10. DATE OF BIRTH | 11. PLACE OF BIRTH |
|---|---|---|
| 4890 Knox St., Denver, Colo. | ███ 39 | Denver, Colo. |

12. CIVILIAN OCCUPATION *(Include name and address of present employer, or if unemployed, the last employer)*
Salesman - Addressograph Corporation, Denver, Colorado

| 13. RACE | | | 14. MARITAL STATUS | | | 15. U.S. CITIZEN | |
|---|---|---|---|---|---|---|---|
| WHITE | NEGRO | OTHER (Specify) | SINGLE | MARRIED | OTHER (Specify) | YES | NO |
| X | | | X | | | X | |

| 16. COLOR EYES | 17. COLOR HAIR | 18. HEIGHT | 19. WEIGHT | 20. NO DEPENDENTS |
|---|---|---|---|---|
| Brown | Brown | 5 FT 10 IN | 151 LBS | None |

**MILITARY HISTORY**

| 21. DATE AND PLACE OF ENLISTMENT | 22. MILITARY OCCUPATIONAL SPECIALTY AND NUMBER |
|---|---|
| 27Nov57 - Buckley Fld, Colo. | Admin Hlpr - 70010 |

23. MILITARY QUALIFICATION AND DATE *(i.e. Infantry, Aviation, Marksmanship Badge, etc)*
None

24. DECORATIONS, CITATIONS, MEDALS, BADGES, COMMENDATIONS, AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
*(This period of service)*
None

25. PRIOR SERVICE *(Branch of service, inclusive dates, and primary duty with MOS)*
None

| 26. LENGTH THIS SERVICE | | | 27. TOTAL SERVICE FOR PAY PURPOSES | | | 28. EDUCATION (Years) | | | 29. HIGHEST GRADE HELD |
|---|---|---|---|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | GRAMMAR | HIGH SCHOOL | COLLEGE | |
| 1 | 4 | 15 | 1 | 4 | 15 | 8 | 4 | - | A/3C |

30. SERVICE SCHOOLS ATTENDED AND DATES
Basic Mil Tng - 7Feb58-27Apr58

31. REASON AND AUTHORITY FOR DISCHARGE
Reason: Business interference with military duty.
Auth: Par 2 SO 103-AF AGO Colo dtd 11 Apr 59 and par 7b(10) ANGR 39-10.

32. REMARKS *(This space for completion of above items or entry of other items specified in NG directive)*
This airman has a 6 year service obligation under the UMT&S Act, as amended, and has completed 1 year 4 months and 15 days toward this obligation.
Airman trfrd to AFRes and asgd Hq ConAC (IRS) ARRC.
Airman has completed 96 days ACDUTRA during this period of service.
AGE Scores: Tech 8, Cler 8, Mech 8, Elec 9.

| 33. SIGNATURE OF PERSON BEING DISCHARGED *(Full name)* | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN *(Type name, grade, and organization)* |
|---|---|
| *Richard K Estes* | *[signature]* WILLIAM A. NICHOLAS, WO W-1, Colo ANG |

NGB FORM 22
15 JAN 58
1. Insert either Army or Air
2. Insert either Army or Air Force

REPLACES NGB FORM 22 DATED 15 NOV 49, WHICH IS OBSOLETE
GPO : 1958 O—455859

10

## ENLISTMENT RECORD — ARMED FORCES OF THE UNITED STATES

DEPARTMENT OF DEFENSE, WASHINGTON 25, D.C.

Form Approved Budget Bureau No. 22-R016.4

**1. LAST NAME - FIRST NAME - MIDDLE NAME:** ESTES, RICHARD KAY
**2. SERVICE NUMBER:** AF 26 258 287
**3. SEX:** Male
**4. RACE:** Cauc

**5. PHYSICAL AND MENTAL DATA**
- a. PHYSICAL CATEGORY: A
- b. MENTAL TEST DATA: AQE T-8, C-8, M-8, E-9.

**6. HOME ADDRESS:** 4890 Knox Court, Denver, (Denver), Colorado
**7. PLACE OF ENLISTMENT:** Buckley Field, Colorado
**8. DATE ENLISTED:** 27 November 1957
**9. FOR SERVICE IN:** USAF - ANG
**10. NO. YEARS TO SERVE:** Three
**11. GRADE:** A/B
**12. AUTHORITY FOR GRADE:** ANGR 39-9
**13. INITIAL ASSIGNMENT:** 140th Air Base Squadron
**14. ENLISTMENT AUTHORITY:** ANGR 39-9

### DECLARATION OF APPLICANT

**15. DATE OF BIRTH:** 1 Jun 39
**16. PLACE OF BIRTH:** Denver, Colorado
**17. COLOR OF EYES:** Brown   **HAIR:** Brown
**18a. HEIGHT:** 70½"   **b. WEIGHT:** 151
**19. CITIZEN:** Yes
**20. IF NATURALIZED:** N/A
**21. NATURALIZATION OR DECLARANT NO.:** N/A
**22. MARITAL STATUS:** Single
**23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT:** None

**24. CIVILIAN EDUCATION:**
- a. GRAMMAR: 8 years, Graduated Yes
- b. HIGH SCHOOL: 4 years, Graduated Yes
- c. COLLEGE: N/A
- d. OTHER CIVILIAN SCHOOLS ATTENDED: N/A

**25a. MAIN CIVILIAN OCCUPATION:** Clerk, United Airlines, Denver, Colorado
**b. YEARS AND MONTHS EMPLOYED:** 4 Months
**c. AVERAGE WEEKLY WAGE:** $50.00

**26a. REGISTERED FOR SSVC:** Yes
**b. NUMBER:** 5 1 39 159
**c. CLASSIFICATION:** 1-D
**d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS:** Local Board #1, Denver, Colorado

**27.** Have you ever been arrested, charged, or held...: NO
**28.** Have you ever been convicted of a felony...: NO
**29.** Have you ever been imprisoned under sentence of any court?: NO
**30.** Are you now or have you ever been on suspended sentence, parole, probation...: NO
**31.** Have you ever been rejected for enlistment...: NO

**32. PRIOR SERVICE:** NO PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL IND, APT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**33. PRIOR ROTC OR CADET TRAINING:** None
**34. RESERVE COMMISSIONED STATUS:** None

**35. TOTAL SERVICE:**

| ACTIVE | | | INACTIVE | | |
|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS |
| — | — | — | — | — | — |

**36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL?:** YES

**37. REMARKS:** "I certify that I have been advised of the 6 years service obligation which I Have acquired under UMT&S Act as amended".

DD FORM 4 (1 AUG 55)   REPLACES DD FORM 4, 1 NOV 53, AND DA FORM 155, 1 AUG 54 (for Army use) WHICH ARE OBSOLETE

38. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment, and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me paragraph 13, AR 604-10 or so much of AFR 35-62 as sets forth the criteria (reasons) for discharge and types of discharge, and certify that I [ ] Have [X] Have never (check one) engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring my services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I [ ] AM [X] AM NOT (check one) now drawing retired pay from the government of the United States. I further certify that I [ ] AM [X] AM NOT (check one) now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces (Army, Air Force, Navy, Marine Corps, or Coast Guard) or any Reserve component thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers thereto have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting. RKE

GIVEN AT (Place of acceptance): Buckley Field, Denver, Colorado
DATE OF ACCEPTANCE: 27 Nov 57
SIGNATURE OF WITNESS: [signature] Isaac Carter
SIGNATURE OF APPLICANT: Richard Kay Estes

39. REMARKS (For use by the Enlisting Officer): None

VERIFIED AT: Buckley Fld, Colo
BY (Signature of Enlisting Officer): [signature] WALTER SCHREIBER
GRADE AND ORGANIZATION OF ENLISTING OFFICER: Administrative Assistant Capt., 140th Ftr Group (AD)

40. OATH OF ENLISTMENT (For service in National Guard or Air National Guard)

STATE OF COLORADO ss:
CITY, TOWN, OR COUNTY: DENVER
I, RICHARD KAY ESTES, do hereby acknowledge to have voluntarily enlisted this 27th day of November, 19 57, in the (Army) (Air) National Guard of COLORADO and as a Reserve of the (Army) (Air Force) with membership in the (National Guard of the United States) (Air National Guard of the United States) for a period of Three years under the conditions prescribed by law, unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America and to the State of COLORADO; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States and the Governor of COLORADO and the orders of the officers appointed over me, according to law and regulations, and/or the Uniform Code of Military Justice.

SIGNATURE: Richard Kay Estes

41. OATH OF ENLISTMENT (For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)

STATE OF _____ ss:
CITY, TOWN, OR MILITARY POST _____
I, _____, do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this _____ day of _____, 19 ___, in the _____ for a period of _____ years unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States, and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.

SIGNATURE: _____

42. CERTIFICATE OF ENLISTMENT

I certify that the above oath was subscribed and duly sworn to before me this 27th day of November, 19 57. I further certify that this enlistee was minutely inspected on the oath; that I found enlistee entirely sober and in full possession of all of his mental faculties; that to the best of my judgment and belief enlistee fulfills all legal requirements, and that in enlisting this applicant I have strictly observed the regulations governing such enlistment. I further certify that the above oath, as filled in, was read to the applicant prior to subscribing thereto.

TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER: WALTER SCHREIBER, CAPT. 140th Ftr Gru (AD)
SIGNATURE OF ENLISTING OFFICER: [signature] Walter Schreiber

[1] To be initialed by enlistee
[2] Carefully compare with the name at top of page 1.
[3] The dates in oath and certificate must be the same
[4] Delete one.
[5] The signature must be identical with that subscribed to Declaration of Applicant.

43. FINGERPRINTS OF RIGHT HAND

| 1. THUMB | 2. INDEX | 3. MIDDLE | 4. RING | 5. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |

U. S. GOVERNMENT PRINTING OFFICE : 1955 O - 356559

| 1. LAST NAME - FIRST NAME - MI - AFSN | | | 2. DT ENTRY AD OR INACT DY | 3. DT COMPL CURR ENL | 4. DT COMPL SV OBLG | 5. RACE | 6. MARITAL ST AND NO DEP | 7. RELIGION |
|---|---|---|---|---|---|---|---|---|
| ESTES, RICHARD K.   AF 26 258 287 | | | | | 26 Nov 63 | CAU | M - 1 | Protestant |
| GRADE | COMP | | 8. DT TO BE REL AD | 9. TOT ACT FED MIL SV DT | 10. TOT MIL SV DT | 11. DT OF BIRTH | 12. CITIZENSHIP | |
| A/1C | | | | A/B | 26 Nov 63 | 1 JUN 39 | U.S. | |

| 13. AIR FORCE SPECIALTIES | | | | | 14. GRADE STATUS | | |
|---|---|---|---|---|---|---|---|
| AFS | AFSC | DESIG-NATED | AUTHORITY | | PERM GRADE | TEMP GRADE | DATE OF RANK | AUTHORITY |
| Air Traffic Consultingllor | 27010 | P | PAM 53/ 4 Dec 57 | | A/B | 27 NOV 57 | ANGR 39-9 |
| Administrative Hlpr | 70010 | P | SO 35-AF/6Feb59/AFOColo | | A/3C | 26 Apr 58 | SOA-1633/18apr58/3700PerPron |

| 15. IN-SERVICE SCHOOLS | | | | 16. EDUCATION | | | |
|---|---|---|---|---|---|---|---|
| COURSE TITLE AND AFSC | RATING | YR TERM | | SCHOOL 0-12 | NAME | COURSE | DEG | YEAR |
| Basic Training | Compl | 58 | | | Denver, Colo | Academic | DIPL | 57 |

| 17. PHYSICAL STATUS | | | | | | | |
|---|---|---|---|---|---|---|---|
| P | U | L | H | E | S | SUFFIX | DATE |

| 18. ACB AQE CLUSTER | INDEX | | TEST DATA | | 19. ASSIGNMENT LIMITATIONS |
|---|---|---|---|---|---|
| Tech Sp | 890 | | OTHER | | |
| Cler | /800 | | | | |
| Mech | 890 | | | | |
| Elec | 905 | | | | |
| Nov 57 11/57 | | | | | |

AF FORM 7

AIRMAN MILITARY RECORD

13

## CIVILIAN OCCUPATION

| | JOB TITLE | NO. MOS | YR TERM |
|---|---|---|---|
| MAIN | Septem Oaks... | | |
| OTHER | | | |

### 20.

## FOREIGN LANGUAGES

| LANGUAGE | DIALECT | INTPR | TRANS | U | R | W |
|---|---|---|---|---|---|---|
| | | | | | | |

### 21.

## FOREIGN SERVICE

| TOUR LOCATION | DT RETD Z/I | FSSD |
|---|---|---|
| | | NONE |

### 22. DATE TOUR STARTED

## AWARDS

| AWARD | AUTHORITY | ISSUED OR PRESENTED |
|---|---|---|

### 23.

FOREIGN SERVICE SUMMARY

### 24. COMBAT RECORD

## SECURITY CLEARANCE

| CLEARANCE GRANTED | DATE GRANTED | INVESTIGATIVE DATA |
|---|---|---|

### 25.

## RESERVE DATA

| CATEGORY | STATUS | ASSIGNED DATE | CATEGORY | QUALIFIED FOR (PENCIL) DATE | CODE | AVAILABILITY CODE DATE |
|---|---|---|---|---|---|---|
| Ready | Active | 27NOV57 | | | AA | 27NOV57 |
| Ready | Active | 12APR59 | | | AA | 12APR59 |

### 26.

### 27. DATE RECORD ACCOMPLISHED
27 November 1957

NO. OF ACCOMPLISHMENT: 1

PERMANENT HOME ADDRESS (PENCIL)

| 28. SSAN: ▓▓▓ | REMARKS |
|---|---|
| | Today ?/? - A |
| | Wed. 6th - B |
| | 1st period - M3 |

Home phone: GTE cell
Business phone: Boulevard Apts ?
Mail address: 3825 Grape St
Business phone: 911 876 48

29  ITEM CONTINUATION

15

30.

| EDCSA/ED | DUTY AFSC | DUTY TITLE | RECORD OF MILITARY ASSIGNMENTS ORGANIZATION AND STATION OR THEATER | CHAR-ACTER | EFFI-CIENCY |
|---|---|---|---|---|---|
| 27NOV57 | 27250 | Air Route & Approach Control Opr | 140th ABRON, BUCKLEY FLD, Colo | | |
| ~~14Apr58~~ | ~~27130~~ | ~~Appr Air Ops Spec1~~ | ~~120TH FICPTRON, BUCKLEY FLD, COLO.~~ | | |
| 7Feb58 | 00010 | BaTrne (Attached) (81 days ACDUTRA) | 3707th BaMTURRaRON, Lackland AFB, Texas | | |
| 28Apr58 | 27130 | Apr Air Ops Spec1 | 120th FInceptRon, ColoAFNG, Buckley Fld, Colo | | |
| 14Jun58 | 27130 | Apr Air Ops Spec1 (15 days ACDUTRA) | 120th FInceptRon, Buckley Fld, Colo | | |
| 29Jun58 | 27130 | Apr Air Ops Spec1 | 120th FInceptRon, Buckley Fld, Colo | | |
| 29Jul58 | 27150 | Air Opns Spec1 | 120th FtrInceptRon, Buckley Field, Denver, Colo | | |
| 6Feb59 | 70250 | Administrative Clerk | 140th ABRON, Buckley Field, Denver, Colorado | | |
| 11Apr59 | HD fr Colo ANG due to business interf w/mil duty | | 140TH ABRON, BUCKLEY FLD, COLO. | | |
| 2Apr59 | | | HQ CONAC, ARC, DENVER, COLO | | |
| 5Jan61 | 70250 | Center Tng | Hq, Lowry Tech Tng Ctr, (ATC), Lowry AFB, Colo atchd 9744ARSq, Denver, Colo Pt II 70250, AIC | | |
| ~~7Jul61~~ | ~~70230~~ | ~~Apr Admin Clk~~ | ~~9531stAFRRS, 8579th AFRRSqp, Denver, Colo (60AMG)(RES)~~ | | |
| 10Jul61 | 70230 | Apr Admin Clk (Cat A - A2C) | 9531staFRRSq, Denver, Colo (CONAC)(RES) | | |
| 1Apr63 | 70250 | Admin Spec1 | 9531staFRRS,Denver,Colo(CONAC)(RES) | | |

16